**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CASE NO. 8:10CR221 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER FOR DISMISSAL** |
| ) | |
| **ROBIN L. DOUGLAS, JR.,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the United States' Motion for Dismissal (Filing No. 31).   IT IS ORDERED:

1. The United States' Motion for Dismissal (Filing No. 31) is granted;

2. Leave of Court is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, ROBIN L. DOUGLAS JR.;

3. The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, ROBIN L. DOUGLAS JR.;

4. The Defendant's motion to dismiss (Filing No. 19) and objections to the Magistrate Judge's Findings and Recommendation (Filing No. 27) are denied as moot; and

5. The Clerk is directed to terminate Magistrate Judge Gossett's Findings and Recommendation (Filing No. 28) as a pending matter on the CM/ECF docket, as this matter is moot.

DATED this 7th day of September, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge